JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

DAVID SANCHEZ RODRIGUEZ,
    Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security
    Defendant

)
)
)
)
)
)
)
)
)
)
)

Case No.  5:25-cv-02653-MAA

[~~PROPOSED~~]
**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

    **IT IS SO ORDERED.**

Dated:  April 29, 2026

_____
THE HONORABLE MARIA A. AUDERO
U.S. MAGISTRATE JUDGE

-1-